■ DONNA M. MUREK, Respondent, v TIMOTHY A. MUREK, Appellant. (Appeal No. 1.) [738 NYS2d 634] —Appeal from an order of Supreme Court, Erie County (O'Donnell, J.), entered October 12, 2000, which, inter alia, granted custody to plaintiff.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Same Memorandum as in *Murek v Murek* (292 AD2d 839 [decided herewith]). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.